# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: San Francisco


CR14-00126

UNITED STATES OF AMERICA,

V.

NIKITA KISLITSIN,
a/k/a "Dor Fyo"
a/k/a "Udalite",


SEALED BY COURT ORDER

FILED
MAR 1 3 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEFENDANT.

INDICTMENT

18 U.S.C. § 371 - Conspiracy;
18 U.S.C. § 1029(a)(2) - Trafficking in Unauthorized Access Devices;
18 U.S.C. §§ 982(a)(2)(B) and 1029(c)(1)(C) - Forfeiture.

A true bill.

_____ Foreman

Filed in open court this  13th  day of
MARCH, 2014.

_____ Clerk

Bail, $ No bail warrant

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

---- OFFENSE CHARGED ----

18 U.S.C. §§ 371 and 1029(a)(2) - Conspiracy; Trafficking in Unauthorized Access Devices
Forfeiture Allegation: 18 U.S.C. §§ 982(a)(2)(B) and 1029(c)(1)(C) - Forfeiture

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: 18 USC 371 Maximum Penalties: 5 years imprisonment, $250,000 fine, Maximum 3 years supervised release, Forfeiture.
18 USC 1029(a)(2) Maximum Penalties: 10 years imprisonment; $250,000 fine; 3 years supervised release.

SEALED BY COURT ORDER

---- PROCEEDING ----

Name of Complainant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form:  MELINDA HAAG
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned):  MICHELLE J. KANE

---

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
MAR 13 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---- DEFENDANT - U.S ----
▶ NIKITA KISLITSIN

DISTRICT COURT NUMBER
CR14-00126 TEH EXE

---- DEFENDANT ----

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction     ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT     Bail Amount:
If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:          Before Judge:

Comments:

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  Attorney for United States of America





FILED

MAR 1 3 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TEH

| UNITED STATES OF AMERICA, | ) CASE NO. CR14-00126 |
|---|---|
| Plaintiff, | ) |
| v. | ) VIOLATIONS: 18 U.S.C. § 371 – Conspiracy; 18 U.S.C. § 1029(a)(2) – Trafficking in Unauthorized Access Devices; 18 U.S.C. §§ 982(a)(2)(B) and 1029(c)(1)(C) – Forfeiture. |
| NIKITA KISLITSIN, | ) |
| a/k/a "Dor Fyo" | ) SAN FRANCISCO VENUE |
| a/k/a "Udalite" | ) UNDER SEAL |
| Defendant. | ) |

INDICTMENT

The Grand Jury charges:

BACKGROUND

At all times relevant to the Indictment:

    1.    Formspring, Inc., was a corporation with its headquarters in San Francisco, California. Formspring operated a social question and answer website. Each Formspring user had an individual account protected by a user name and password. Formspring maintained a database of user account information, including user names and encrypted passwords, on computers located in the Northern District of California.

INDICTMENT



1    2.   Google, Inc., was a corporation with its headquarters in Mountain View, California. Google offered Internet-related services, including the Gmail e-mail service, to customers all over the world.

COUNT ONE: (18 U.S.C. § 371 – Conspiracy)

3.   Beginning on a date unknown to the grand jury and continuing to on or about May 31, 2013, in the Northern District of California, and elsewhere, the defendant,

NIKITA KISLITSIN,

did knowingly and willfully conspire with others known and unknown to the grand jury to commit offenses against the United States, that is, KISLITSIN conspired to knowingly and with intent to defraud traffic in unauthorized access devices, that is, user names, e-mail addresses, and passwords, belonging to customers of Formspring, Inc., and other companies, and by such conduct obtain $1,000 or more in any one-year period, and said trafficking would have affected interstate and foreign commerce, in violation of Title 18, United States Code Section 1029(a)(2).

MANNER AND MEANS OF THE CONSPIRACY

4.   It was part of the conspiracy that an individual identified as CO-CONSPIRATOR A gained unauthorized access to protected computers and thereby obtained the unauthorized access devices, including user names, e-mail addresses, and passwords.

5.   It was further part of the conspiracy that KISLITSIN possessed the unauthorized access devices and offered them for sale.

6.   It was further part of the conspiracy that CO-CONSPIRATOR C purchased the unauthorized access devices.

7.   It was further part of the conspiracy that CO-CONSPIRATORS B and C used Gmail accounts to communicate with Kislitsin regarding the conspiracy.

OVERT ACTS

8.   In furtherance of the conspiracy and to effect its objects, Kislitsin and his co-co-conspirators committed and caused to be committed the following overt acts, among others, in the Northern District of California and elsewhere:

INDICTMENT
2

    a.    Between on or about June 13, 2012, and on or about June 29, 2012, CO-CONSPIRATOR A gained unauthorized access to the Formspring computers holding the user information database and downloaded the Formspring user information database, including user names, e-mail addresses, and encrypted passwords, to a computer located outside the United States.

    b.    On or about July 13, 2012, CO-CONSPIRATOR B, using a Gmail account, sent an e-mail message to KISLITSIN informing him that CO-CONSPIRATOR A possessed the stolen Formspring user information database.

    c.    On or about July 16, 2012, KISLITSIN sent an e-mail message to CO-CONSPIRATOR C's Gmail account offering to sell the stolen Formspring user information database for €5,500.

All in violation of Title 18, United States Code, Section 371.

<u>COUNT TWO</u>: (18 U.S.C. § 1029(a)(2) – Trafficking in Unauthorized Access Devices)

9.    Beginning on a date unknown to the grand jury and continuing to approximately September 19, 2012, within the Northern District of California and elsewhere, the defendant,

NIKITA KISLITSIN,

knowingly and with intent to defraud, trafficked in unauthorized access devices, that is, user names, e-mail addresses, and passwords, belonging to customers of Formspring, Inc., and by such conduct from on or about June 1, 2012, and ending on or about May 31, 2013, obtained $1,000 or more, said trafficking affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(2) and (c)(1)(A)(i).

<u>CRIMINAL FORFEITURE ALLEGATION:</u> (18 U.S.C. §§ 982(a)(2)(B) and 1029(c)(1)(C))

10.    The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C).

11.    Upon conviction of any of the offenses set forth in Counts One and Two of this Indictment, defendant,

NIKITA KISLITSIN,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section

INDICTMENT

3

1  982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a
2  result of such violation, and, pursuant to Title 18, United States Code, Section 1029(c)(1)(C), any
3  personal property used or intended to be used to commit the offense.
4    12. If any of the property described above, as a result of any act or omission of the defendant:
5     a. cannot be located upon the exercise of due diligence;
6     b. has been transferred or sold to, or deposited with, a third party;
7     c. has been placed beyond the jurisdiction of the court;
8     d. has been substantially diminished in value; or
9     e. has been commingled with other property which cannot be divided without
10   difficulty, the United States of America shall be entitled to forfeiture of substitute property
11   pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United
12   States Code, Sections
13 982(b)(1) and 1029(c)(2) and Title 28, United States Code, Section 2461(c); all pursuant to Title 18,
14 United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C).
15 Dated: 3/13/14          A TRUE BILL.

                    _____
                    FOREPERSON

MELINDA HAAG
United States Attorney

_____
MATTHEW A. PARRELLA
Chief, CHIP Unit

(Approved as to form: _____ )
        AUSA M. KANE

INDICTMENT
4



**United States District Court**
**Northern District of California**



FILED
MAR 1 3 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# CRIMINAL COVER SHEET

**Instructions:** Effective January 3, 2012, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

**Case Name:**
USA v. NIKITA KISLITSIN

**Case Number:** CR14-00126 TEH

**Total Number of Defendants:**
1 ✓    2-7 ☐    8 or more ☐

**Is This Case Under Seal?**
Yes ✓    No ☐

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?**
Yes ☐    No ✓

**Venue (Per Crim. L.R. 18-1):**
SF ✓    OAK ☐    SJ ☐    EUR ☐    MON ☐

**Is any defendant charged with a death-penalty-eligible crime?**
Yes ☐    No ✓

**Assigned AUSA (Lead Attorney):**
MICHELLE J. KANE

**Is this a RICO Act gang case?**
Yes ☐    No ✓

**Date Submitted:**
March 13, 2014

**Comments:**

Save    Print    Clear Form

July 2013