**ORIGINAL**

1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  MICHELLE J. KANE (CABN 210579)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       FAX: (510) 637-3724
        michelle.kane3@usdoj.gov
8
   Attorneys for the United States
9

**FILED**

MAR - 2 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,           ) NO. CR 14-00126 EXE
14                                     )
          Plaintiff,                   ) APPLICATION AND [PROPOSED] ORDER FOR
15                                     ) UNSEALING
       v.                              )
16                                     )
   NIKITA KISLITSIN,                   )
17                                     )
          Defendant.                   )
18                                     )
   _____)
19

20      The United States respectfully moves this Court to unseal this matter, including the Indictment

21  and arrest warrant. The defendant remains a fugitive but the United States believes that the grounds for

22  filing the documents under seal no longer exist.

23  DATED: Mar. 2, 2020                         Respectfully submitted,

24                                              DAVID L. ANDERSON
                                                United States Attorney
25
                                                /s/ Michelle Kane
26
                                                _____
27                                              MICHELLE J. KANE
                                                Assistant United States Attorney
28

APPL. & [PROPOSED] ORDER
14-00126 EXE

**ORDER**

On the motion of the United States, and good cause appearing therefor, the Court HEREBY ORDERS that the above-captioned matter be unsealed and that the Indictment and arrest warrant shall be placed on the public docket.

DATED: 3-2-20

HON. JACQUELINE SCOTT CORLEY
United States Magistrate Judge

APPL. & [PROPOSED] ORDER
14-00126 EXE

2